UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-21865-CIV-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANA DEFILLIPI A/K/A ANA PACHECO,

    Defendant.
_____/

## DEFAULT JUDGMENT

THIS CAUSE came before the Court upon Plaintiff filing an executed return of service (**D.E. No. 4**), filed on **June 15, 2010**.

THE COURT has considered the pertinent portions of the record, including the fact that Defendant was served on June 11, 2010 as indicated by the proof of service filed on June 15, 2010. The Court directs the clerk to enter default against Defendant Ana Defillipi a/k/a Ana Pacheco for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Accordingly, it is

**ADJUDGED** that the Default Judgment is **ENTERED**. Judgment is hereby entered in favor of Plaintiff UNITED STATES OF AMERICA and against Defendant ANA DEFILLIPI A/K/A ANA PACHECO. It is further

**ADJUDGED** that Plaintiff shall file an affidavit with the Court by no later than **July 16, 2010** indicating damages and any equitable relief Plaintiff seeks against Defendant.

DONE AND ORDERED in Chambers at Miami, Florida, this 6 day of July, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record